# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

Court of Appeals No. (If known):   **12-15-00194-CV**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/25/2015 11:17:10 AM

CATHY S. LUSK
Clerk

Trial Court Style:   The State of Texas vs. David Hayes

Trial Court & County:  County Court at Law, Henderson County
Trial Court No.:    C-7919

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due:   08-31-2015

Anticipated Number of Pages of Record:    240 (not inc. exhibits)

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐  to the best of my knowledge, the Appellant has made no claim of indigence and has failed to
either  pay the required fee or to make arrangements to pay the fee for preparing the record.

☑  my duties listed below preclude working on this record:
Performing my daily duties as official court reporter for the County Court at Law.

☑  Other. (Explain.):  Appellant Hayes filed a Motion for Free Record on Appeal on 08-03-15, and the State/County contested it; hearing on motion and contest was held on 08-11-15, and Trial Court Judge Scott Williams signed order denying the motion for free record and sustaining the contest on 08-13-15.  Appellant Hayes filed Motion Challenging the Trial Court's Order on 08-18-15, and I filed my reporter's record of the indigency and contest hearing on 08-20-15.  It is my understanding from TRAP 20.1(j)(4) that the 12th Court of Appeals has 10 days to deny Appellant's Motion Challenging the Court's Order; otherwise, it is granted by operation of law.  Therefore, by 08-28-15, I will know whether or not the 12th Court of Appeals is allowing the Appellant to proceed as indigent, and my reporter's record is due three (3) days later, on 08-31-15.  If the 12th COA denies Appellant's indigency, this would require my completion of the record without the Appellant paying the required fee in advance or making arrangements to pay the fee for the preparation of the record.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by _09-30-2015,_ and **I hereby request an additional   thirty (30) days** within which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

  08-25-2015                                  /s/ *Laurie Brown*
Date                                             Laurie Brown, CSR No. 4237
  903-675-6163                                 Official Court Reporter
Office Phone Number                              County Court at Law
  lbrown@co.henderson.tx.us                      Henderson County Courthouse
E-mail Address (if available)                    100 E. Tyler St., Rm. 101
                                                 Athens, TX  75751

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

# CERTIFICATE OF SERVICE

The following parties have been served with a copy of this document on August 25, 2015, by facsimile and/or email:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:

Name:  James H. Owen

Address:  P. O. Box 1447

Athens, TX  75751

Phone no.:   (903) 675-5691

Attorney for:  Appellant David Hayes

Lead Counsel for **APPELLEE(S)**:

Name:    Hon. Clint J. Davis

Address:   County Attorney

Henderson County Courthouse, Room 100

Athens, TX  75751

Phone no.:   (903) 675-6112

Attorney for:   Appellee State of Texas

Additional information, if any:

/s/ *Laurie Brown*
Laurie Brown, CSR No. 4237
Official Court Reporter
County Court at Law
Henderson County Courthouse
100 E. Tyler St., Rm. 101
Athens, TX  75751
(903) 675-6163
Email:  lbrown@co.henderson.tx.us